IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-50 |
| ) | SEALED |
| MARK TATMAN, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On May 2, 2006, defendant, Mark Tatman was indicted for Conspiracy to Distribute More Than 50 grams of Crack Cocaine 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A).

2. Mark Tatman is currently a pre-trial detainee on various State offenses. The defendant is detained at the Sussex Correctional Institute.

3. The Court has scheduled an Initial Appearance on Thursday, May 18, 2006 at 1:00 PM

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden at the Sussex Correctional Institute to bring the said defendant Mark Tatman before this Court for an Initial Appearance and to be returned to the Warden for Sussex Correctional Institute after the initial appearance.

COLM F. CONNOLLY<br>
United States Attorney<br><br>
By: _____<br>
Douglas E. McCann<br>
Assistant United States Attorney

Dated: May 11, 2006

**IT IS SO ORDERED** this __15__ day of __May__, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court