IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-50-GMS |
| MARK TATMAN, | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_ Crime of violence (18 U.S.C. § 3156)

    _X_ Maximum sentence life imprisonment or death

    _X_ 10+ year drug offense

    \_\_\_ Felony, with two prior convictions in above categories

    \_\_\_ Serious risk defendant will flee

    \_\_\_ Serious risk obstruction of justice



FILED

MAY 18 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_  Defendant's appearance as required

   _X_  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (**will**, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   _X_  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ___  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___  At first appearance

   _X_  After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

   1. At the time the offense was committed the defendant was:

      ___  (a) on release pending trial for a felony;

    \_   (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    \_   (c) on probation or parole for an offense.

2. \_ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. \_ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 18th____ day of May__, 2006.

                         Respectfully submitted,

                         COLM F. CONNOLLY
                         United States Attorney

                         BY: _/s/ Douglas E. McCann_
                         Douglas E. McCann
                         Assistant U. S. Attorney