## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MARK TATMAN, | ) Criminal Action No. 06-50-2 |
| Defendant. | ) ) ) |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Leonard P. Stark, Assistant United States Attorney for the District of Delaware, respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for defendant Mark Tatman. In support of its request, the United States states as follows:

1. The defendant was charged by Indictment in this Court with one count of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A), and one count of conspiracy to distribute a controlled substance, in violation 21 U.S.C. § 846.

2. A State of Delaware prison authority has informed the United States Marshals Service that the defendant is currently in state custody at the Sussex Correctional Institute.

WHEREFORE, petitioner respectfully requests that the Court instruct the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal for the District of Delaware and to the Warden of the Sussex Correctional Institute to bring Mark Tatman before United States Magistrate Judge Mary Pat Thynge at 1:00 ~~p.m. on May 23, 2006,~~ for his detention

FILED
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

hearing that day and to keep him in federal custody until the end of the prosecution or until sentencing, whichever comes first.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

                         By:  /s/ Leonard P. Stark
                              Leonard P. Stark
                              Assistant United States Attorney

IT IS SO ORDERED this 22nd day of May, 2006.

                              /s/ Mary Pat Thynge
                              HONORABLE MARY PAT THYNGE
                              United States Magistrate Judge
                              United States District Court
                              District of Delaware

2