IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　v.<br><br>MARK TATMAN<br>　　　Defendant. | §<br>§<br>§　CRIMINAL ACTION NO. 06-50-2-GMS<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE SUSSEX CORRECTIONAL INSTITUTE, GEORGETOWN, DELAWARE

GREETINGS:

　　We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MARK TATMAN** who is now detained and imprisoned in the SUSSEX CORRECTIONAL INSTITUTE and who is a defendant in the above-entitled cause, in which cause the said **MARK TATMAN** was charged with a violation of  21 U.S.C. SECTION 846 AND 21:841(a)(1)  and (b)(1)(A)  for a **DETENTION HEARING AND ARRAIGNMENT on TUESDAY, MAY 23, 2006** at **1:00 PM** and to be returned to the Warden of the SUSSEX CORRECTIONAL INSTITUTE after the hearing.

　　And have you then and there this writ.

　　To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 22ND day of MAY 2006.

　　　　　　　　　　　　　　　　　　PETER T. DALLEO, CLERK

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

FILED
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE