UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>Mark Tatman<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR 06-50-2 (GMS)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on  May 23, 2006  requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until July 31, 2006 The time between the date of this order and July 31, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                        Honorable Mary Pat Thynge
                                                        U.S. Magistrate Judge

cc: Defense Counsel
     United States Attorney

FILED

MAY 2 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE