

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | CRIMINAL ACTION NO. 06-50-2-GMS |
| v. § | |
| § | ~~SEALED~~ un sealed 7/27/06 |
| MARK TATMAN § | |
| Defendant. § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE SUSSEX CORRECTIONAL INSTITUTE, GEORGETOWN, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MARK TATMAN** who is now detained and imprisoned in the SUSSEX CORRECTIONAL INSTITUTE and who is a defendant in the above-entitled cause, in which cause the said **MARK TATMAN** was charged with a violation of 21 U.S.C. SECTION 846 AND 21:841(a)(1) and (b)(1)(A) for an **INITIAL APPEARANCE on THURSDAY, MAY 18, 2006** at **1:00 PM** and to be returned to the Warden of the SUSSEX CORRECTIONAL INSTITUTE after the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 15TH day of MAY 2006.

PETER T. DALLEO, CLERK

By: _____
      Deputy Clerk

CERTIFIED: 5/15/06
AS A TRUE COPY:
    ATTEST:
PETER T. DALLEO, CLERK
BY _____
         Deputy Clerk