IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        ) Criminal No. 06-50-2 GMS<br>                              )<br>MARK TATMAN                   )<br>                              )<br>    Defendant.                ) | |

**O R D E R**

At Wilmington this 6th day of September, 2006, defendant having entered a plea of guilty to counts I and III of the indictment filed against him;

IT IS ORDERED that:

1. The sentencing of defendant is scheduled for **Tuesday, December 5, 2006, at 9:00 AM** before the Honorable Gregory M. Sleet, in courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Any objections to the presentence report and any factors under 18 U.S.C. § 3553(a) that counsel plans to raise at sentencing must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report. Such objections and § 3553(a) factors should **not** be filed with the court;[1]

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.

  3. Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required; and

  4. The presentence report is due in chambers no later than five (5) business days before the sentencing date.

September 6, 2006        /s/ Gregory M. Sleet
               UNITED STATES DISTRICT JUDGE