IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-50 GMS |
| WILLIE BROWN, et al., | : |
| Defendants. | : |

**MOTION FOR A SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1.   The Indictment in this case charges seven defendants. Two defendants (Doe and Eaton) have not been apprehended. Two defendants (Durham and Tatman) have entered guilty pleas. Defendant Robinson is scheduled for a Rule 11 hearing on October 4, 2006.

2.   Defendant Harrison has filed a number of pre-trial motions. Defendant Brown has filed no pre-trial motions; his time to do so expired September 25, 2006.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial in this matter, and a briefing schedule on Defendant Harrison's motions. A proposed form of order is attached for the Court's convenience.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                                          By: _____
                                          Douglas E. McCann
                                          Assistant United States Attorney
                                          1007 Orange Street, Suite 700
                                          P.O. Box 2046
                                          Wilmington, Delaware 19899-2046

DATED:      September 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-50 GMS |
| WILLIE BROWN, et al., | : | |
| Defendants. | : | |

**ORDER**

IT IS HEREBY ORDERED this ___ day of _____, 2006, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that on September 27, 2006, I caused the foregoing Motion for a Scheduling Conference to be served on the following counsel in the manner indicated:

**BY FIRST CLASS MAIL**

Elliot Cohen, Esquire
Two Penn Center Plaza
15th & JFK Boulevard, Suite# 1516
Philadelphia, PA 19102
215-568-1300
Attorney for Defendant Brown

Mark S. Greenberg, Esquire
LaCheen Dixon Wittels & Greenberg LLP
1429 Walnut Street
13th Floor
Philadelphia, PA 19102
(215) 735-5900
(215) 735-4649 (fax)
marksgreenberg@aol.com
Attorney for Defendant Tatman

Johanna E. Markind, Esquire
1500 Walnut Street
Suite 1100
Philadelphia, Pennsylvania 19102
215-546-2212
215-735-9004 (fax)
Jmarkind@att.net
Attorney for Defendant Harrison

Eugene J. Maurer, Jr., Esquire
1201-A King Street
Wilmington, DE 19801
302-652-7900
Attorney for Defendant Robinson

Samuel C. Stretton, Esquire
301 S. High Street
P.O. Box# 3231
West Chester, PA 19381
610-696-4243
s.stretton@verizon.net
Attorney for Defendant Durham

_____
Douglas E. McCann